# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MAGDALENA OZOG** f/k/a **MAGDALENA FOWERAKER,**
Appellant,

v.

**MICHAEL CHARLES FOWERAKER,**
Appellee.

No. 4D19-311

[November 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case Nos. FMCE 18-6238 and FMCE 18-8351.

Magdalena Ozog f/k/a Magdalena Foweraker, Miami, pro se.

Robert P. Kelly of Law Office of Robert P. Kelly, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***